**Opinion issued August 22, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00279-CV

————————————

**ROBERT DURST AND MIKA DURST, Appellants**

**V.**

**RECONTRUST COMPANY, N.A., Appellee**

---

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 2011-65762

---

## MEMORANDUM OPINION

Appellants, Robert Durst and Mika Durst, have neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1, 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 42.3(b).

We dismiss the appeal for want of prosecution.  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.